THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILAL JAMIL, | CASE NO. C24-1585-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WINDERMERE REAL ESTATE COMPANY., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Second Amended Complaint (Dkt. No. 35.) The complaint is improper, in that it does not comply with Federal Rule of Civil Procedure 15(a)(1). Thus, the Clerk is DIRECTED to strike this filing. If Plaintiff wishes to further amend his complaint (Dkt. No. 9) he must first obtain his opponent's consent or leave of the Court. *See* Fed. R. Civ. P. 15(a)(2).

//

//

//

//

MINUTE ORDER
C24-1585-JCC
PAGE - 1

DATED this 27th day of January 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-1585-JCC
PAGE - 2